OPINION — AG — ** COUNTY HOSPITAL — PAYMENT OF COURT COSTS ** A COUNTY HOSPITAL ESTABLISHED UNDER THE PROVISIONS OF 19 O.S. 781 [19-781] ET SEQ. IS 'NOT' EXEMPT FROM PAYING SERVICE FEES AND COURT COSTS PURSUANT TO 12 O.S. 66 [12-66] WHEN A DISTRICT ATTORNEY'S OFFICE FILES A COLLECTION ACTIONS OR OTHER CIVIL LITIGATION ON ITS BEHALF IN STATE COURTS. (COURT COST, CIVIL PROCEDURE, PAYMENT OF BOND, GARNISHMENT FEES, SECURITY, EXEMPTION) CITE: 12 O.S. 66 [12-66] 19 O.S. 4 [19-4], 19 O.S. 215.4 [19-215.4], 19 O.S. 781 [19-781], 19 O.S. 782 [19-782], 19 O.S. 784 [19-784], 19 O.S. 786 [19-786], 19 O.S. 790.1 [19-790.1](A), 19 O.S. 790.1 [19-790.1](B)(3) 19 O.S. 215.36 [19-215.36](3), 19 O.S. 215.37 [19-215.37](K) 19 O.S. 789 [19-789] (OZELLA WILLIS)